AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL PUORRO

**WARRANT FOR ARREST**

CASE NUMBER: 02-20453 CR-MOORE

MAGISTRATE JUDGE O'SULLIVAN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **MICHAEL PUORRO**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
wire, mail and securites fraud and conspiracy to commit the same.

FILED by _____ D.C.
MAG. SEC.
MAY 21 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

in violation of Title __18__ United States Code, Section(s) __1346, 1343, 1341, 371 and 2; and__
15 United States Code Sections 78j(b); and 78ff(a); and
17 Code of Federal Regulations Section 240.10b-5.

**Clarence Maddox**
Name of Issuing Officer

*Clerk of Court / Court Administrator*
Title of Issuing Officer

[signature]
Signature of Issuing Officer

5/21/02 Miami, FL
Date and Location

Bail fixed at $ TBS  by [signature]
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

5/b

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT:   **MICHAEL PUORRO**

**$100,000.00 CORPORATE SURETY BOND**
(Surety, Recognizance, Corp. Surety, Cash) (Jail)
CSB (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
**CHRISTOPHER J. CLARK**
**ASSISTANT UNITED STATES ATTORNEY**

Last Know Address: _____

What Facility: _____

Agent(s):   **SA ANNE COSTELLO, FBI**
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (**OTHER**)